IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMINIQUE BROWN, | : |
| Plaintiff, | : |
| v. | : Case No. 3:20-cv-17791-MAS-LHG |
| GRAYBAR ELECTRIC COMPANY, INC., d/b/a GRAYBAR ELECTRIC SUPPLY, | : |
| Defendants. | : |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on stipulation of the parties; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice and without an award of costs or attorney's fees to either party.

So Ordered this 2nd day of March, 2022.

_____
Honorable Michael A. Shipp, U.S.D.J.

|  |  |
|---|---|
| **KOLLER LAW LLC** | Respectfully Submitted,<br><br>**STEVENS & LEE, P.C.** |
| By: */s/ David M. Koller*<br>David M. Koller (037082002)<br>davidk@kollerlawfirm.com<br>2043 Locust Street, Suite 1B<br>Philadelphia, PA 19103<br>T: (215) 545-8917<br>F: (215) 575-0826<br><br>*Attorney for Plaintiff* | By: */s/ Megan M. Christensen (w/consent)*<br>Megan M. Christensen (027052005)<br>mmc@stevenslee.com<br>Jacob E. Ballarotto (116002014)<br>jeb@stevenslee.com<br>100 Lenox Drive, Suite 100<br>Lawrenceville, New Jersey 08648<br>Telephone: (609) 987-5330<br>Facsimile: (610) 371-8580<br><br>-and-<br><br>**LEWIS RICE LLC**<br><br>Neal F. Perryman (admitted *pro hac vice*)<br>nperryman@lewisrice.com<br>Benjamin M. Farley (admitted *pro hac vice*)<br>bfarley@lewisrice.com<br>LEWIS RICE LLC<br>600 Washington Ave., Suite 2500<br>St. Louis, MO 63101<br>Telephone: (314) 444-7661<br>Facsimile: (314) 612-7661<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/ David M. Koller